IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT LEE BRANDON,

    Petitioner,

vs.                                       CASE NO. 5:09cv235/RS-AK

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied as untimely. This case is dismissed with prejudice.

3. The clerk is directed to close the file.

**ORDERED** on September 14, 2009.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**